| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **AKERMAN LLP** Kathleen R. Fitzpatrick, Esq. 666 Fifth Avenue, 20th Floor New York, NY 10103 (212) 880-3800 kathleen.fitzpatrick@akerman.com *Attorneys for Wilshire Credit Corp.* | |
| In re: ZUCKER, GOLDBERG &ACKERMAN, LLC Debtor. | Chapter 11 Case No. 15-24585-CMG Judge: Hon. Christine M. Gravelle |
| ZUCKER, GOLDBERG & ACKERMAN, LLC, Plaintiff, v. WILSHIRE CREDIT CORP., Defendant. | Adv. Proc. No. 16-01085 |

**STIPULATION TO EXTEND TIME TO RESPOND TO ADVERSARY COMPLAINT**

1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Defendant Wilshire Credit Corp.'s time to answer, move or otherwise respond to the Plaintiffs' complaint, filed January 25, 2016, in the above-captioned action is hereby extended up to and including Friday, March 25, 2016.

Dated: February 4, 2016

Shalom D. Stone
BROWN MOSKOWITZ & KALLEN, P.C.
180 River Road
Summit, NJ 07901
sstone@bmk-law.com
(973) 376-0909
*Special Litigation Counsel for Debtor*
*Zucker, Goldberg & Ackerman, LLC*

Kathleen R. Fitzpatrick
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
kathleen.fitzpatrick@akerman.com
(212) 880-3800
*Attorneys for Defendant*
*Wilshire Credit Corp.*

2