Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Zucker, Goldberg & Ackerman, LLC
Debtor

Case No.: 15–24585–CMG
Chapter 11

Zucker, Goldberg & Ackerman, LLC
Plaintiff

v.

Wilshire Credit Corp.
Defendant

Adv. Proc. No. 16–01085–CMG               Judge: Christine M. Gravelle

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 25, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 10 – 8
Order Granting Application To Allow Attorney Charles Townsend as special counsel to Appear Pro Hac Vice (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 4/25/2016. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 25, 2016
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

Zucker, Goldberg & Ackerman, LLC,
    Plaintiff

Adv. Proc. No. 16-01085-CMG

Wilshire Credit Corp.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 25, 2016
                      Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2016.
dft          +Wilshire Credit Corp.,   14523 SW Millikan Way,   Suite 200,   Beaverton, OR 97005-2352
pla          +Zucker, Goldberg & Ackerman, LLC,   200 Sheffield Street,   Suite 101,
              Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2016          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2016 at the address(es) listed below:
       Daniel Stolz    on behalf of Plaintiff    Zucker, Goldberg & Ackerman, LLC dstolz@wjslaw.com,
        dstolz@ecf.inforuptcy.com;msousa@wjslaw.com;btorres@wjslaw.com;btorres@ecf.inforuptcy.com
       Donald W Clarke    on behalf of Plaintiff    Zucker, Goldberg & Ackerman, LLC dclarke@wjslaw.com,
        btorres@wjslaw.com;dclarke@ecf.inforuptcy.com
       Kathleen R. Fitzpatrick    on behalf of Defendant    Wilshire Credit Corp.
        kathleen.fitzpatrick@akerman.com
       Shalom D. Stone    on behalf of Plaintiff    Zucker, Goldberg & Ackerman, LLC sstone@bmk-law.com,
        rhoy@bmk-law.com;rconroy@bmk-law.com;jdebartolo@bmk-law.com
                                TOTAL: 4